STATE OF NEW JERSEY v. SIGREDO CAMPOS.

February 15, 1983.

Petition for certification denied.

BARLICS MANUFACTURING COMPANY, INC. v. RICHARDS PLASTICS & METALS CORPORATION.

February 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LESLIE BRUCE ADAMS.

February 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY I. DAVIS.

February 15, 1983.

Petition for certification denied.